**Raykisha MORRISON, Plaintiff-
Appellant,**

v.

**RESOURCE MANAGEMENT
CONCEPTS, Defendant-
Appellee.**

Equal Employment Opportunity Commission, Amicus Supporting Appellant.

No. 17-1505

United States Court of Appeals, Fourth Circuit.

Submitted: August 31, 2017

Decided: September 14, 2017

Raykisha Morrison, Appellant Pro Se. James L. Lee, Deputy General Counsel, Jennifer S. Goldstein, Associate General Counsel, Elizabeth E. Theran, Acting Assistant General Counsel, Paul D. Ramshaw, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Washington, D.C., for Amicus supporting Appellant. Gregory Wenzl Brown, Kristi Lyn Gavalier, Eric Richard Martinson, BROWN LAW LLP, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WYNN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raykisha Morrison appeals the district court's order dismissing her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Morrison v. Resource Mgmt. Concepts*, No. 3:16-cv-00651-GCM, 2017 WL 1095067 (W.D.N.C. Mar. 21, 2017). We deny Morrison's motions to ap-

point counsel, to supplement the record, and to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*